**Opinion issued May 30, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00012-CV

————————————

**JAMES ZELTON BELLAMY, JR., Appellant**

**V.**

**J.B. HUNT TRANSPORT, INC., Appellee**

---

**On Appeal from the 155th District Court**
**Austin County, Texas**
**Trial Court Case No. 2021V-0135-A**

---

## MEMORANDUM OPINION

Appellant, James Zelton Bellamy, Jr., has filed an "Agreed Motion to Dismiss Appeal," stating that on March 19, 2024, he and appellee, J.B. Hunt Transport, Inc., entered into a settlement agreement. Thus, appellant "request[ed] [that] this Court dismiss th[e] appeal in accordance with the settlement agreement of [the] parties."

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Further, although appellant's motion does not include a certificate of conference stating that appellant conferred or made a reasonable attempt to confer with appellee regarding the relief requested in the motion, more than ten days have passed, and no party has expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, the Court grants appellant's motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.